**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEPHEN BLACKSTONE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-899 |
| | ) | |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| A. L. THOMPSON, | ) | Magistrate Judge Cynthia Reed Eddy |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates.

On October 4, 2013, the Magistrate Judge issued a Report (Doc. 72) recommending that Defendant's Motion for Summary Judgment (Doc. 53) be granted. Service of the Report and Recommendation was made on the parties, and Defendant timely filed objections. *See* Doc. 74.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it is hereby ORDERED that Defendant's Motion for Summary Judgment (Doc. 53) is **GRANTED**. The Report and Recommendation of Magistrate Judge Eddy dated October 4, 2013 is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


November 7, 2013                          s\Cathy Bissoon
                                         Cathy Bissoon
                                         United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Stephen Bernard Blackstone
GE-5445
S.C.I. Greene
175 Progress Drive
Waynesburg, PA 15370